JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAND CORPORATION, a California corporation,<br><br>                 Plaintiff,<br><br>     v.<br><br>FITNESSONE, a Wisconsin company,<br><br>                Defendant.<br>_____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. CV 08-05051 DDP (AGRx)

**ORDER OF DISMISSAL**

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 13, 2008

_____
DEAN D. PREGERSON
United States District Judge